PS 42
(Rev. 7/93)

**United States District Court**

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 1 1 2026

TAMMY H. DOWNS, CLERK

By:_____ DEP CLERK

United States of America )

vs. )

Kevin Ginger ) Case No. 0860 4:22CR00301

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Kevin Ginger_____, have discussed with _____Eleanor S. Lawler_____, Pretrial Services

, modifications of my release conditions as follows:

(h) get medical or psychiatric treatment: mental health treatment

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4/7/26          _____     4/7/2026
Signature of Defendant      Date           Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                    4/7/26
Signature of Defense Counsel                                   Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.

☒ The above modification of conditions of release is ordered, to be effective on   nunc pro tunc
                                                                                    April 7, 2026
☐ The above modification of conditions of release is *not* ordered.

_____                                     May 11, 2026
Signature of Judicial Officer                                   Date